### (November 17, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL COHN, Appellant, Impleaded with Others.— The defendant was improperly convicted as a second offender. The sentence which the court imposed, therefore, is erroneous. This court is authorized to correct the sentence. The district attorney files a brief containing the following statement: " The People do not oppose a modification of the judgment by the Appellate Division of the Supreme Court to the extent that the defendant be regarded as a first offender and sentenced as such according to law." The judgment is modified to one of conviction of the crime of robbery in the first degree as a first offender, and as so modified affirmed. It is ordered that the defendant be brought before this court on November 17, 1937, at two o'clock P. M. for the purpose of the imposition of the proper sentence. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

### (November 19, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF CONSTANTIA and CARROLL BEST, as Supervisor of the Town of Constantia, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK.— Motion for order quashing order, dismissing stay and dismissing proceeding granted, unless appellant perfects appeal, files and serves record and brief on or before December 15, 1937, and is ready for argument at the term commencing January 11, 1938, in which event the motion is denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MARY H. HANAWAY, Respondent, v. FRANCIS J. HANAWAY, Appellant.— Motion for stay granted, on the ground that a certified copy of the judgment has not been served upon the defendant. (See Civ. Prac. Act, § 505; *Matzke* v. *Matzke*, 185 App. Div. 533.) Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.